Order Filed on
**08/06/2012**
by Clerk U.S. Bankruptcy
Court District of New Jersey

Herbert B. Raymond, Esquire
7 Glenwood Avenue
Suite #408
4th Floor
East Orange, NJ 07017
Telephone: (973) 675-5622
Facsimile: (408) 519-6711
E-mail: bankruptcy123@comcast.net

Attorneys for Plaintiffs,
Wilson Maldonado and Maribel Maldonado

---

In re:

WILSON MALDONADO, and
MARIBEL MALDONADO,

    Debtor,

---

WILSON MALDONADO, and
MARIBEL MALDONADO,

    Plaintiff,

v.

SALLIE MAE,

    Defendant.

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Bankr. Case No.: 11-42832-MS
Chapter 13

Adv. Proc. No.: 12-01698

### CONSENT ORDER TO DISCHARGE EDUCATIONAL LOAN DEBT AND DISMISS ADVERSARY PROCEEDING

The relief set forth on the following pages, numbered (2) through (3), is hereby ORDERED.

**DATED: 08/06/2012**

Honorable Morris Stern
United States Bankruptcy Judge

(Page 2)
Debtors: Wilson Maldonado and Maribel Maldonado
Bankr. Case No.: 11-42832-MS
Adv. Proc. No.: 12-01698
CONSENT ORDER TO DISCHARGE EDUCATIONAL LOAN DEBT
AND DISMISS ADVERSARY PROCEEDING

---

It appearing that the parties to this Consent Order have agreed to the terms herein, as evidenced by the signatures below, and the following facts being stipulated to:

A. Plaintiff, Maribel Maldonado ("Plaintiff") is indebted to Sallie Mae, Inc. ("Sallie Mae") pursuant to the applicable terms of two (2) Signature Student Loan Promissory Notes ("Promissory Notes") executed by Plaintiff to obtain educational loans ("Student Loans") with approximate balances, as of the date of the filing of this adversary proceeding, as follows:

   a. one (1) Student Loan disbursed September 12, 2004, with a balance, including principal, interest and fees, totaling $18,890.50; and

   b. one (1) Student Loan disbursed October 12, 2005, with a balance, including principal, interest and fees, totaling $20,395.74.

B. As of the date of the filing of this adversary proceeding, there was a balance due and owing on the Student Loans evidenced by the Promissory Notes, including principal, interest and fees, in the aggregate amount of $39,286.24.

C. The parties agree to resolve this adversary proceeding and the claims held by Sallie Mae, through the provisions of this Consent Order.

It is therefore, hereby ORDERED, as follows:

1. Plaintiff's liability on the educational loan debt owed to Sallie Mae, arising from the Promissory Notes referenced herein above, is hereby rendered dischargeable upon the grant of a general discharge in the Plaintiff's main bankruptcy case, in Chapter 13 or in Chapter 7.

*Approved by Judge Morris Stern August 06, 2012*

(Page 3)
Debtors: Wilson Maldonado and Maribel Maldonado
Bankr. Case No.: 11-42832-MS
Adv. Proc. No.: 12-01698
CONSENT ORDER TO DISCHARGE EDUCATIONAL LOAN DEBT
AND DISMISS ADVERSARY PROCEEDING

---

2. This Consent Order may be executed in counterparts, or by facsimile, each of which shall constitute an original, but all of which together shall constitute one Consent Order.

3. This adversary proceeding is hereby dismissed, subject to the terms of this Consent Order.

By: _____     8-3-12
Herbert B. Raymond, Esquire
7 Glenwood Avenue
Suite #408
4th Floor
East Orange, NJ 07017
Telephone: (973) 675-5622
Facsimile: 1 (408) 519-6711
E-mail: bankruptcy123@comcast.net
Attorneys for Plaintiffs,
Wilson Maldonado and Maribel Maldonado

By: _____
William J. Becket
Attorney licensed only in Pennsylvania and the
Eastern District of Pennsylvania Federal Courts
PA Bar No. 76034
BECKET & LEE LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, PA 19355
Telephone: (610) 644-7800
Facsimile: (610) 993-8493
Email: wbecket@becket-lee.com
Authorized agent for Sallie Mae, Inc.

*Approved by Judge Morris Stern August 06, 2012*